1
2
3
4
5
6             UNITED STATES DISTRICT COURT
7                   DISTRICT OF NEVADA
8                           * * *
9  ROLAND HAMILTON,                    Case No. 3:14-cv-00565-MMD-VPC
                          Plaintiff,
10                                      ORDER ADOPTING AND ACCEPTING
                                        REPORT AND RECOMMENDATION OF
11     v.                                    MAGISTRATE JUDGE
                                             VALERIE P. COOKE
   LISA WALSH,
12
                          Defendant.
13

14        Before the Court is the Report and Recommendation of United States Magistrate

15 Judge Valerie P. Cooke's ("R&R") (ECF No. 35) relating to Defendant's Motion for

16 Summary Judgment (ECF No. 28). Plaintiff had until May 8, 2016, to file an objection. To

17 date, no objection to the R&R has been filed.

18        This Court "may accept, reject, or modify, in whole or in part, the findings or

19 recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  Where a party

20 timely objects to a magistrate judge's report and recommendation, then the court is

21 required to "make a *de novo* determination of those portions of the [report and

22 recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

23 to object, however, the court is not required to conduct "any review at all . . . of any issue

24 that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

25 Indeed, the Ninth Circuit has recognized that a district court is not required to review a

26 magistrate judge's report and recommendation where no objections have been filed. *See*

27 *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

28 of review employed by the district court when reviewing a report and recommendation to

which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the R&R without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cooke's R&R. Upon reviewing the R&R and records in this case, this Court finds good cause to adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the R&R of Magistrate Judge Valerie P. Cooke (ECF No. 35) is accepted and adopted in its entirety.

It is further ordered that Defendant's Motion for Summary Judgment (ECF No. 28) is granted.

It is further ordered that the Clerk enter judgment and close this case.

DATED THIS 20th day of May 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE