AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_****\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ROLAND HAMILTON,

    Plaintiff,           JUDGMENT IN A CIVIL CASE

v.

                          CASE NUMBER: **3:14-cv-00565-MMD-VPC**

LISA WALSH, et al.,

    Defendant(s).

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (ECF No. 28) is granted.


May 20, 2016                                                **LANCE S. WILSON**
                                                                   Clerk

                                                                   /s/ K. Rusin
                                                                  Deputy Clerk